UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>PATTON & PATTON MARBLE & GRANITE, INC., a Nevada corporation,<br><br>Defendant, | 2:10-cv-1867-ECR-RJJ<br><br>O R D E R |

This matter was referred to the undersigned Magistrate Judge on an Emergency Motion to Withdraw as Counsel of Record (#29) filed by Defendants' Counsel.

The Court having reviewed the Motion (#29) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the Emergency Motion to Withdraw as Counsel of Record (#29) is scheduled for March 24, 2011, at 10:30 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that individual Defendants, Billy Patton and Robert Turner, must appear in court for this hearing. Additionally, a representative of corporate Defendant, Patton & Patton Marble & Granite, Inc., must also be present in court for this hearing. There is NO EXCEPTION to these attendance requirements. Failure to appear may result in an order to show cause being issued by the court.

1         IT IS FURTHER ORDERED that Defendants' counsel shall personally serve, or serve by
2  certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this
3  Order on the individual defendants, Billy Patton and Robert Turner and on a representative for
4  the Defendant corporation. Proof of compliance with this service requirement must be filed with
5  the court prior to the scheduled hearing. There is NO EXCEPTION to the service requirement.
6         DATED this  7th  day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -