**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>PATTON & PATTON MARBLE & GRANITE, INC., a Nevada corporation; SHEREE PATTON, individually; BILLY PATTON, individually; and ROBERT TURNER, individually,<br><br>　　　Defendants. | 2:10-cv-01867-ECR-RJJ<br><br><br><br><br><br><br>**Order** |

　　　On September 9, 2011, the Court issued an Amended Order (#43) granting in part and denying in part Plaintiff's Motion for Summary Judgment, incorporating findings of fact and conclusions of law. On September 15, 2011, Plaintiffs filed a proposed order and judgment (#44). We have previously indicated in our Order (#43) that judgment shall not be entered until all parties and all claims have been adjudicated.

　　　The Court denied summary judgment against Defendant Billy Patton, and the action is stayed against Defendant Robert Turner due to bankruptcy. It appears that Defendant Billy Patton has not participated in the action after withdrawal of counsel, and

Plaintiffs may seek appropriate relief in the form of a default. The Court declines to enter judgment at this time while the action remains open against Defendant Billy Patton and Defendant Robert Turner.  Plaintiffs' proposed order and judgment (#44), which we treat as a motion for entry of judgment, is **DENIED**.

DATE: December 13, 2011.

_____
UNITED STATES DISTRICT JUDGE