1  THE URBAN LAW FIRM
   MICHAEL A. URBAN, Nevada State Bar No. 3875
2  NATHAN R. RING, Nevada State Bar No. 12078
   4270 S. Decatur Blvd., Suite A-9
3  Las Vegas, NV 89103
   Telephone: (702) 968-8087
4  Facsimile: (702) 968-8088
   Electronic Mail: murban@theurbanlawfirm.com
5                  nring@theurbanlawfirm.com

6  *Counsel for Plaintiffs*

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10 TRUSTEES OF THE BRICKLAYERS &          CASE NO: 2:10-cv-1867-ECR-RJJ
   ALLIED CRAFTWORKERS LOCAL 13
11 DEFINED CONTRIBUTION PENSION
   TRUST FOR SOUTHERN NEVADA, et al,
12                                                JUDGMENT
              Plaintiffs,
13
   vs.
14
   PATTON & PATTON MARBLE &
15 GRANITE, INC., a Nevada corporation,;
   SHEREE PATTON, individually; BILLY
16 PATTON, individually; and ROBERT
   TURNER, individually,
17
              Defendants.
18

19     The above entitled case came on regularly for hearing on plaintiffs' motion for summary

20 judgment against defendants Patton & Patton Marble & Granite, Inc. before the Honorable Edward C.

21 Reed, Jr., United States District Judge, presiding.  There being no material issue of fact to be litigated at

22 trial, and findings of fact and conclusions of law on file in this action,

23 ...

24 ...

25 ...

26 ...

27 ...

28 ...

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, shall recover from Defendant, Patton & Patton Granite and Marble, Inc., the principal amount of $128,916.05, plus attorney's fees of $ 37,557.50 together with Plaintiffs' costs of suit in the amount of $ 1,188.35 for a total Judgment amount of $ 167,661.90. Post-judgment interest shall accrue on the total Judgment amount.

Dated: April 11, 2012.

_/s/ Edward C. Reed_
UNITED STATES DISTRICT JUDGE

Submitted by:
**THE URBAN LAW FIRM**

By: _/s/ Michael A. Urban_
  Michael A. Urban, Nevada Bar No. 3875
  *Counsel for Plaintiffs*

2