THE URBAN LAW FIRM
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
nring@theurbanlawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> PATTON & PATTON MARBLE & GRANITE, INC., a Nevada corporation,; SHEREE PATTON, individually; BILLY PATTON, individually; and ROBERT TURNER, individually, <br><br> Defendants. | CASE NO: 2:10-cv-1867-ECR-RJJ <br><br> JUDGMENT |

The above entitled case came on regularly for hearing on plaintiffs' motion for summary judgment against defendants Patton & Patton Marble & Granite, Inc. before the Honorable Edward C. Reed, Jr., United States District Judge, presiding. There being no material issue of fact to be litigated at trial, and findings of fact and conclusions of law on file in this action,

…

…

…

…

…

…

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, shall recover from Defendant, Patton & Patton Granite and Marble, Inc., the principal amount of $128,916.05, plus attorney's fees of $ 37,557.50 together with Plaintiffs' costs of suit in the amount of $ 1,188.35 for a total Judgment amount of $ 167,661.90. Post-judgment interest shall accrue on the total Judgment amount.

Dated: April 11, 2012.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

Submitted by:
**THE URBAN LAW FIRM**

By: _/s/ Michael A. Urban_
    Michael A. Urban, Nevada Bar No. 3875
    *Counsel for Plaintiffs*

2