1

**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875

2

NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9

3

Las Vegas, NV 89103
Telephone: (702) 968-8087

4

Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com

5

                nring@theurbanlawfirm.com

6

**Counsel for Plaintiffs**

7

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

TRUSTEES OF THE BRICKLAYERS &
ALLIED CRAFTWORKERS LOCAL 13

CASE NO: 2:10-cv-1867-ECR-RJJ

11

DEFINED CONTRIBUTION PENSION
TRUST FOR SOUTHERN NEVADA, et

12

al.,

**JUDGMENT**

13

                Plaintiffs,

14

vs.

15

PATTON & PATTON MARBLE &
GRANITE, INC., a Nevada corporation,;

16

SHEREE PATTON, individually; BILLY
PATTON, individually; and ROBERT

17

TURNER, individually,

18

                Defendants.

19

20

      On August 12, 2011, the Court issued an Order (#41) granting Plaintiffs' Motion for

21

Default Judgment Against Sheree Patton (#27).   Plaintiffs originally submitted a Proposed

22

Judgment (#25-11) on February 10, 2011.   Since the original Proposed Judgment, no additional

23

damages or fees have accrued in respect to Defendant Sheree Patton.

24

      Upon application by Plaintiffs herein for a default judgment pursuant to FED. R. CIV. P.

25

55(b)(2) and it appearing to the Court that the Default (#13) of Defendant Sheree Patton,

26

individually, was entered on December 1, 2010 in the office of the Clerk of this Court; and no

27

proceedings have been taken by such Defendant since default was entered,

28

. . .

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and against Defendant SHEREE PATTON in the following amounts:

| | |
|---|---|
| Unpaid monthly contributions (including unpaid dues check-off) (July 7, 2009 through December 31, 2009) | $ 74,487.49 |
| Liquidated damages for unpaid monthly contributions (July 7, 2009 through December 31, 2009) | $ 14,334.60 |
| Pre-Judgment interest for unpaid monthly contributions | $  6,192.70 |
| Dues check-off; Contract Admin.; Assoc. Contract Admin.; and PAC | $  7,111.77 |
| Audit fees | $ 26,789.49 |
| Attorneys fees | $ 35,040.00 |
| Costs | $  1,136.02 |
| *Total Judgment Amount* | **$165,092.07** |

Post-judgment interest shall accrue on the Total Judgment Amount.

Dated: April 13, 2012.

*Edward C. Reed.*
_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**THE URBAN LAW FIRM**

*/s/ Michael A. Urban*
_____
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd. Suite A-9
Las Vegas, NV  89103
(702) 968-8087
**Counsel for Plaintiffs**

2