**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
SHANNON M. GALLO, Nevada State Bar No. 11967
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com,
                 sgallo@theurbanlawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> PATTON & PATTON MARBLE & GRANITE, INC., a Nevada Corporation, et al, <br><br> Defendants. | CASE NO.: 2:10-CV-1867-ECR-RJJ <br><br> AMENDED <br><br> **ORDER FOR EXAMINATION OF BILLY PATTON, OWNER, OFFICER, AND/OR SHAREHOLDER OF JUDGMENT DEBTOR PATTON & PATTON MARBLE & GRANITE, INC.** |

Having considered Plaintiffs' Application for Judgment Debtor Examination of Billy Patton, Officer, Owner, and/or Shareholder of Defendant/Judgment Debtor PATTON & PATTON MARBLE & GRANITE, INC. (hereinafter "Patton & Patton"), and the Declaration of Shannon M. Gallo and good cause appearing,

**IT IS HEREBY ORDERED** that Billy Patton, Owner, Officer, and/or Shareholder of Defendant/Judgment Debtor Patton & Patton appear in Courtroom  3D   at the United States District Courthouse for the District of Nevada, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, on the 18 day of   July  , 2012 at   8:30   a.m. to be sworn in for a Judgment Debtor Examination,

…

…

1   **IT IS FURTHER ORDERED** that Billy Patton, Owner, Officer, and/or Shareholder of
2   Defendant/Judgment Debtor PATTON & PATTON MARBLE & GRANITE, INC. appear at the
3   office of The Urban Law Firm located at 4270 S. Decatur Blvd., Suite A-9, Las Vegas, Nevada
4   on the 18 day of July, 2012, at 1:30p.m., and answer concerning property
5   subject to the ownership and control of Patton & Patton.

6   **IT IS FURTHER ORDERED** that Billy Patton and/or Patton & Patton shall produce at
7   the office of The Urban Law Firm LLP located at 4270 S. Decatur Blvd., Suite A-9, Las Vegas,
8   Nevada, all of the following documents and things under its control or under control of its agents
9   for inspection and copying no less than (2) weeks prior to the Judgment Debtor Examination:

10   1. All financial statements, including supporting schedules, compiled, reviewed, or
11   audited for, on behalf of, or in connection with Patton & Patton from January 1, 2010, to the
12   present.

13   2. All original monthly bank statements of Patton & Patton from January 1, 2010, to the
14   present.

15   3. All original savings accounts pass books, certificates of deposit, and trust certificates
16   in the name of Patton & Patton from January 1, 2010, to the present.

17   4. All original negotiable instruments and negotiable securities in the name of Patton &
18   Patton from January 1, 2010, to the present.

19   5. All evidence of other memoranda of any ownership of Patton & Patton in any other
20   corporation, partnership, unincorporated association or any business organized or conducted for
21   the production of income from January 1, 2010, to the present.

22   6. All evidence or other memoranda of any income received by Patton & Patton
23   January 1, 2010, to the present, including but not limited to tax returns, insurance proceeds, or
24   repayment of loans.

25   7. All evidence or other memoranda of any employer, or place of work or employment
26   of Patton & Patton from January 1, 2010, to the present, including but not limited to contracts,
27   invoices, billings, vouchers or payments.

28   …

8. All evidence of any ownership interest of Patton & Patton to including, but not limited to, bills of sale, pink slips or any other record or title, in any motor vehicle, airplane, boat, equipment or machinery, from January 1, 2010, to the present.

9. All evidence of any debts or repayments owed by Patton & Patton including, but not limited to, those arising from loans or judgments from January 1, 2010, to the present.

10. Any and all evidence or other memoranda indicating that Patton & Patton was either a plaintiff or defendant in any lawsuit from January 1, 2010, to the present.

11. Any and all evidence or memoranda indicating that Patton & Patton received any judgment, award, bequest or devise in any lawsuit or other court action from January 1, 2010, to the present.

12. Any and all evidence or memoranda indicating any ownership interest of Patton & Patton in any patent, invention, trade name, or copyright.

13. Any and all evidence or memoranda indicating an ownership interest of Patton & Patton in any real property or developments on real property.

14. Any and all evidence of the sale(s) of any real or personal property of Patton & Patton from January 1, 2010, to the present.

15. Any and all loan applications filled out by Patton & Patton since January 1, 2010.

16. Copies of all documents evidencing the sale or transfer of any assets of Patton & Patton from January 1, 2010, to the present.

17. Any and all documents evidencing any federal or State tax liability of Patton & Patton.

18. Original cash disbursement journals and/or check registers maintained in connection with any business of Patton & Patton from January 1, 2010, to the present.

19. All federal income tax returns, including all supporting schedules prepared or filed for, or on behalf of, Patton & Patton for the year of 2009 to the present.

20. All daily job logs, diaries, or foreman reports of Patton & Patton from January 1, 2010, to the present.

…

21. All daily job tickets or invoices of Patton & Patton from January 1, 2010, to the present.

22. All accounts receivable reports for Patton & Patton for the period of January 1, 2010, to the present.

23. All canceled checks drawn on any account established in the name of Patton & Patton from January 1, 2010, to the present.

## NOTICE TO JUDGMENT DEBTOR

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTONEY'S FEES INCURRED BY THE JUDGMENT CREDITORS IN THIS PROCEEDING.**

Dated this 24th of May, 2012.

By: _Robert J. Johnston_
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**THE URBAN LAW FIRM**

By: _Shannon M. Gallo_
SHANNON M. GALLO, Nevada State Bar No. 11967
**Counsel for Plaintiffs**