UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, *et al.*, <br><br>           Plaintiff, <br><br>vs. <br><br>PATTON & PATTON MARBLE & GRANITE, INC., etc., BILLY PATTON, *et al.*, <br><br>           Defendant, | 2:10-cv-1867-ECR-RJJ <br><br> O R D E R |

Due to a conflict in the Court's calendar, the Show Cause Hearing scheduled for August 23, 2012, at 8:30 A.M. was vacated. Good cause appearing therefore,

IT IS HEREBY ORDERED that **the Show Cause hearing is rescheduled to September 24, 2012, at 9:00 AM** before the Honorable Robert J. Johnston, United States Magistrate Judge, in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Judgment Debtor, Billy Patton, Owner, Officer and/or Shareholder of Patton & Patton is required to appear before the undersigned Magistrate Judge for said hearing and show cause, if any he has, why he should not be sanctioned for his failure to appear at the hearing scheduled for July 18, 2012.

1         IT IS FURTHER ORDERED that Defendant/Judgment Debtor, Billy Patton, Owner,
2  Officer and/or Shareholder of Patton & Patton is advised that failure to appear for the hearing on
3  September 24, 2012, at 9:00 AM may result in a finding of contempt of court.
4         IT IS FURTHER ORDERED that Plaintiff's counsel shall immediately serve a copy of
5  this Order and the Order to Show Cause (#70) on Defendant/Judgment Debtor, Billy Patton by
6  personal service or service by certified mail, return receipt requested. Proof of service must be
7  filed with the Court prior to the hearing on September 24, 2012.
8         DATED this  30th  day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -