UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>PATTON & PATTON MARBLE & GRANITE, INC., etc., BILLY PATTON; *et al.*,<br><br>Defendant, | 2:10-cv-1867-JCM-RJJ<br><br>O R D E R |

This matter came before the court for a hearing on Plaintiffs' Memorandum Re: Attorneys' Fees and Costs Associated with Billy Patton's Failure to Appear for Judgment Debtor Examination (#80). Patton failed to appear by telephone conference for the hearing. The telephone number provided is no longer in service and a replacement has not been given to the court. See, Minute Order in Chambers (#84). Patton has failed to attend his originally scheduled judgment debtor exam, eventually requiring the court to issue an Order to Show Cause (#70), and subsequently a Bench Warrant (#75). Patton's continued uncooperative and willful conduct has unreasonably and vexatiously multiplied the proceedings in this case in violation of 18 U.S.C. §1927. He should be responsible for the excess costs, expenses and attorney's fees reasonably incurred because of his conduct. The Memorandum of attorneys' fees is reasonable and therefore

1  granted based on Patton's conduct.

2      Based on the foregoing and good cause appearing therefore,

3      Judgment Debtor Billy Patton shall forthwith pay to the Plaintiffs, $1,607 in attorneys'

4  fees and $617.47 in costs.  These amounts a very reasonable for the work performed due to

5  Patton's bad faith conduct.

6      DATED this  31st  day of December, 2012.

                                                           ROBERT J. JOHNSTON
                                                           United States Magistrate Judge